# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV63

| | |
|---|---|
| **AUTOMATED REASONING, INC.,** ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| **PIETER J. BOSHOFF and** ) | |
| **REMY DESIGN VOF,** ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion for an Extension of Time to File Pretrial Motions and for Preemptory Setting" (Document No. 24), filed August 29, 2005. For good cause shown, the Court will extend the time to file pretrial motions. The Court will also cancel the current trial date pending a ruling on any dispositive motion. The Court notes that, according to the Pretrial Order, originally filed on May 16, 2004 and as subsequently amended, this case was to be mediated and a mediator's report filed by March 1, 2005. It appears that no mediator's report has been filed to date and no extension of time has been requested. The Court will not consider any dispositive motion until the parties have mediated as required by Rule 16.2 of the Local Rules of Practice and Procedure and a mediator's report has been filed.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion for an Extension of Time to File Pretrial Motions and for Preemptory Setting" (Document No. 24) is hereby **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that

(1) the Pretrial Order is hereby amended as follows:

All motions except motions in limine and motions to continue shall be filed no later than September 28, 2005.

(2) the trial date, scheduled for October 31, 2005, is hereby **CANCELLED**.

**Signed: August 30, 2005**

---

David C. Keesler
United States Magistrate Judge